IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRIDGE TOWER DALLAS FIVE, LLC, | § § § |
| Plaintiff, | § § § |
| v. | §  Civil Action No. 3:16-cv-00585-O |
| | § |
| GREYSTONE HOME BUILDERS, LLC, SYCAMORE HOMES, LLC, and SEAN TISSUE, | § § § § |
| Defendants. | § § |

## ORDER

Before the Court is Plaintiff Bridge Tower Dallas Five, LLC's Motion for Contempt and Brief in Support (ECF No. 169), filed November 9, 2021. The United States Magistrate Judge entered his Findings, Conclusions, and Recommendations. *See* ECF No. 176. No objections were filed.

The Magistrate Judge recommends, pursuant to 28 U.S.C. § 636(e)(6), that this Court conduct a hearing conduct a hearing requiring Defendants Greystone Builders, LLC and Sean Tissue to appear and show cause why they should not be found in civil contempt of court for violating the Court's Orders. *See* ECF No. 165, 167. The Court has reviewed the FCR for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendants appear at a hearing to hear evidence as to why Greystone Builders, LLC and Sean Tissue should not be found in contempt of court for failing to comply with this Court's Orders pursuant to 28 U.S.C. § 636(e)(6).

The parties shall appear for a hearing on this matter at **10:00 AM** on **Friday, June 17, 2022**, in the **Second Floor Courtroom** of the **Federal Courthouse** in **Fort Worth**, located at 501 W. 10th St., Fort Worth, TX, 76102.

**SO ORDERED** on this **7th day** of **June, 2022**.

*[signature: Reed O'Connor]*
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**