IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BRIDGE TOWER DALLAS FIVE, LLC,** § § § | |
| **Plaintiff,** § § | |
| v. § | Civil Action No. 3:16-cv-00585-O |
| § | |
| **GREYSTONE HOME BUILDERS, LLC et al.,** § § § | |
| **Defendants.** § § | |

# ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 41). No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Court held a hearing on October 4, 2022, where the parties raised no objection to the Magistrate Judge's Recommendation. Therefore, the Court reviews the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Defendants Greystone Home Builders, LLC and Sean Tissue's Emergency Motion to Vacate Order for Contempt (ECF No. 190); **VACATES** the civil contempt sanctions imposed by the Court's June 17, 2022 Order (ECF No. 184); **GRANTS** Defendants' counsel's Motion to Withdraw as Attorneys for Record for Defendants Greystone Home Builders, LLC and Sean Tissue (ECF No. 202); and **ORDERS** that Darrell W. Cook, Ethan M. Herrema, and the law firm of Cook Keith & Davis, P.C. are withdrawn as counsel for Defendants Greystone Home Builders, LLC and Sean Tissue.

1

**SO ORDERED** on this **4th day** of **October, 2022**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**